In the Matter of ANNA CURRY, Respondent, against JOHN CURRY, Appellant.

Submitted November 15, 1937; decided November 23, 1937.

Motion for reargument or to amend the remittitur denied. (See 275 N. Y. 553.)

In the Matter of the Will of THOMAS RICHARDS, Deceased. MARION KINZEL et al., Appellants; CARMIE A. RICHARDS, Respondent.

Argued November 15, 1937; decided November 23, 1937.

*John H. Little* for motion.

*Frank G. Raichle* opposed.

Motion denied, without costs.